# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-MJ-549 |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **ISAAC SAMUEL YODER,** | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| **Defendant.** | : | |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | Disorderly Conduct in a Capitol Building) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## SUPPLEMENTAL ORDER

This matter having come before the Court pursuant to the application of the United States to seal the redacted Affidavit in Support of the Criminal Complaint, the Court finds that the United States has established that a compelling governmental interest to protect the identity of an un-indicted individual and prevent the release of personal information justify the requested sealing.

1. IT IS THEREFORE ORDERED that the previous Order to Seal issued in this matter is hereby supplemented by this Order.

2. IT IS FURTHER ORDERED that the application is hereby GRANTED, and that the redacted affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

1

3. IT IS FURTHER ORDERED that the unredacted Affidavit in Support of Criminal Complaint remain sealed even after the arrest warrant is executed.

4. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: _____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE